UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

TOMMY EDWARD JACKSON,

        Plaintiff,

v.                                            Case No. 19-cv-1668-pp

HONORABLE WILLIAM M. ATKINSON, and
BROWN COUNTY CIRCUIT COURT CLERK,

        Defendants.

---

**ORDER DISMISSING CASE FOR FAILURE TO DILIGENTLY PURSUE IT UNDER CIVIL LOCAL RULE 41(C)**

---

On December 13, 2019, the court issued an order requiring that by the end of the day on January 10, 2020, the plaintiff either must pay the $2.60 initial partial filing fee, file a written request for authorization to pay the $2.60 initial partial filing fee from his release account or explain to the court in writing why he couldn't pay the $2.60 fee from either his trust or release account. Dkt. No. 6. The court told the plaintiff that if he didn't do one of these things by the end of the day on January 10, 2020, the court would dismiss his case for failure to diligently pursue it. Id. at 5.

Since December 13, 2019, the court has not received the filing fee, a request for leave to pay from his trust account or an explanation from the plaintiff of why he can't pay.

The court **ORDERS** that this case is **DISMISSED WITHOUT PREJUDICE**

under Civil Local Rule 41(c) (E.D. Wis.) for the plaintiff's failure to diligently pursue it.

Dated in Milwaukee, Wisconsin this 3rd day of February, 2020.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**Chief United States District Judge**